# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| GUADALUPE GARCIA, AND JUAN GARCIA | § § § § § § § § § § § § § |
| Plaintiff, | |
| v. | |
| SOUTHERN DENTAL AT SPRING BRANCH, PLLC | |
| Defendant. | |

Civil Action No. 4:21-cv-00434

## STIPULATION TO DISMISS

TO THE CLERK:

Pursuant to Rule 41(a)(1)(A)(ii), counsel for all parties hereto stipulate to the dismissal with prejudice and with each party to bear its own costs and fees.

| | |
|---|---|
| /s/ *John C. Sokatch* | /s/ *Jacob U. Ginsburg* |
| John C. Sokatch | Jacob U. Ginsburg Esq. |
| Texas Bar No. 24083889 | Kimmel & Silverman, P.C. |
| jsokatch@dykema.com | 30 East Butler Pike |
| Dykema Gosset PLLC | Ambler, PA 19002 |
| 1717 Main Street, Suite 4200 | Phone: (215) 540-8888 |
| Dallas, Texas 75201 | Fax: (215) 540-8817 |
| Telephone: (214) 462-6400 | Email: jginsburg@creditlaw.com |
| Fax: (214) 462-6401 | Attorney for the Plaintiff |
| Attorney for the Defendant | |
| Date: September 29, 2021 | Date: September 29, 2021 |

## CERTIFICATE OF SERVICE

      I, Jacob U. Ginsburg, Esquire, do certify that I served a true and correct copy of the Stipulation of Dismissal in the above-captioned matter, upon the following via CM/ECF system:

   John C. Sokatch
   Texas Bar No. 24083889
   jsokatch@dykema.com
   Dykema Gosset PLLC
   1717 Main Street, Suite 4200
   Dallas, Texas 75201
   Telephone: (214) 462-6400
   Fax: (214) 462-6401
   Attorney for the Defendant

DATED:  September 29, 2021        /s/ *Jacob U. Ginsburg*
                                             Jacob U. Ginsburg Esq.
                                             Kimmel & Silverman, P.C.
                                             30 East Butler Pike
                                             Ambler, PA 19002
                                             Tel: 215-540-8888
                                             Fax: 215-540-8817
                                             Email:jginsburg@creditlaw.com
                                             Attorney for Plaintiff